**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:15-cr-00301-HDM-VCF |
| | ) | |
|                Plaintiff, | ) | |
| | ) | ORDER |
| vs. | ) | |
| | ) | |
| BRIAN MICHAEL BREWER, | ) | |
| | ) | |
|                Defendant. | ) | |
| | ) | |
| _____ | ) | |

The defendant's "Pro Se Nunc Pro Tunc Motion Selective Prosecution Claim" (ECF No. 58), which includes a request for discovery, is **DENIED**.

IT IS SO ORDERED.

DATED: This 3rd day of August, 2017.

*Howard D McKibben*

_____
UNITED STATES DISTRICT JUDGE